# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

CECIL CONRAD THOMAS,

    VS                                             CASE NO. 4:05cv211-WS/WCS

RIVER JUNCTION WORK CAMP,

## REFERRAL AND ORDER

    The motion/pleading was filed by plaintiff on 07/28/2005 (document #6), and referred to Magistrate Judge William C. Sherrill on 07/29/2005.

    Summary of motion/pleading: (NOTICE OF INQUIRY) MOTION FOR EXTENSION OF TIME

                                                    WILLIAM M. MCCOOL, CLERK OF COURT

                                                    _____s/ Pam Lourcey_____
                                                    DEPUTY CLERK

---

## ORDER OF COURT

    Upon consideration of the foregoing, it is ORDERED this 29th day of July, 2005, the requested relief is **GRANTED.** Plaintiff shall have until August 31, 2005, in which to submit the partial filing fee in the amount of $2.33.

                                                    _____S/ William C. Sherrill_____
                                                    UNITED STATES MAGISTRATE JUDGE